Marcellus Alexander GREENE,
aka Sar Pala A. Ra 'anan,
Plaintiff–Appellant,

v.

Douglas C. PETERSON, MD, Health
Care Manager; et al., Defendants–
Appellees.

No. 01–16736.

D.C. No. CV–98–01759–LKK(DAD).

United States Court of Appeals,
Ninth Circuit.

Submitted June 10, 2002.*

Decided June 14, 2002.

Before O'SCANNLAIN, BERZON, and
RAWLINSON, Circuit Judges.

MEMORANDUM **

Marcellus A. Greene appeals pro se the district court's summary judgment for defendants in his 42 U.S.C. § 1983 action alleging that prison officials violated his Eighth Amendment rights by delaying delivery of seizure medications. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Frost v. Agnos,* 152 F.3d 1124, 1129 (9th Cir.1998), and we affirm.

The district court properly granted summary judgment because Greene failed to raise a genuine issue of material fact as to whether prison officials acted with deliberate indifference to his serious medical needs. *See Broughton v. Cutter Laboratories,* 622 F.2d 458, 460 (9th Cir.1980).

The district court properly denied Greene's motions for appointment of counsel because he did not demonstrate exceptional circumstances. *See Terrell v. Brewer,* 935 F.2d 1015, 1017 (9th Cir.1991).

Greene's remaining contentions lack merit.

**AFFIRMED.**

Marcellus Alexander GREENE,
aka Sar Pala A. Ra 'anan,
Plaintiff–Appellant,

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Circuit Rule 36–3.

